# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Pinnacle Credit Services, LLC, | Case No. 15-cv-2917 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| APM Financial Solutions, LLC, Account Portfolio Management, LLC, LMM Management, LLC, Lawrence Weil and Mary Weil, | |
| Defendants. | |

This matter is before the Court on Plaintiff Pinnacle Credit Services, LLC's Motion for Order to Show Cause (Docket No. 29). Based on that Motion, **IT IS HEREBY ORDERED that**:

1. Plaintiff's Motion for Order to Show Cause (Docket No. 29) is **GRANTED**; and

2. Defendants shall personally appear at a hearing before the Honorable Paul A. Magnuson on Thursday, October 29, 2015, at 11:30 a.m, in Courtroom 7D, at the United States Courthouse, 734 Federal Building, 316 North Robert Street, St. Paul, MN 55101, and show cause as to why they should not be held in contempt for their failure to comply with this Court's September 15, 2015 Order.

DATED: October 15, 2015           *s/Paul A. Magnuson*
                                  Paul A. Magnuson
                                  United States District Court Judge